Chad William LENSING,
Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security,
Defendant–Appellee.

No. 14–1629.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 22, 2014.

Filed: Dec. 30, 2014.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

Matthew J. Ketcham, Noland & Caddell, Fort Smith, AR, for Plaintiff-Appellant.

Michael McGaughran, William Winston Newbill, Kendall Morrison Rees, Assistant Regional Counsel, Social Security Adminis-

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

tration Office of General Counsel Region VI, Dallas, TX, for Defendant-Appellee.

PER CURIAM.

Chad William Lensing appeals the district court's [1] order affirming the denial of disability insurance benefits and supplemental security income. For reversal, Lensing raises claims regarding the administrative law judge's (ALJ's) failure to develop the record, the ALJ's findings on what constituted severe impairments, the credibility assessments made, and the lack of weight that the ALJ gave to medical source statements and restrictions that were noted by treating mental health care providers. Following a careful and thorough review of the record, we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole, that Lensing's arguments do not support reversal, and that an extended discussion is not warranted. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.